1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TARRENCE WOODARD,                      No.  2:25-cv-2433 CKD P

12                 Plaintiff,

13          v.

14   CALIFORNIA DEPARTMENT OF              ORDER AND
     CORRECTIONS AND
15   REHABILITATION,  et al.,              FINDINGS AND RECOMMENDATIONS

16                 Defendants.

17

18          On October 8, 2025, plaintiff's amended complaint was dismissed with leave to amend.

19   The second amended complaint was due on November 10, 2025, and plaintiff has not filed a

20   second amended complaint.

21          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district

22   court judge to this case; and

23          IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See

24   Local Rule 110; Fed. R. Civ. P. 41(b).

25          These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, plaintiff may file written objections

28   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

1

and Recommendations." Plaintiff is advised that failure to file objections within the specified time waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  November 21, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
wood2433.fta

2