UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARRENCE WOODARD,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

Defendants.

No. 2:25-cv-02433-DAD-CKD P

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION WITHOUT PREJUDICE

(Doc. No. 9)

Plaintiff is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 21, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed without prejudice. (Doc. No. 9.) Specifically, the magistrate judge noted that plaintiff had failed to file a second amended complaint within the time allowed by the court for him to do so. (*Id.* at 1.)[1]

[1] On October 8, 2025, the magistrate judge screened plaintiff's first amended complaint, determined that it failed to state any cognizable claims, and therefore dismissed it while providing plaintiff thirty days in which to file a second amended complaint in an attempt to cure the noted pleading deficiencies, warning plaintiff that his failure to file a second amended complaint within the time provided would result in a recommendation that this action be dismissed. (Doc. No. 6.) Nonetheless, plaintiff has never filed a second amended complaint in this case.

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.[2]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 21, 2025 (Doc. No. 9) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with court orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 30, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[2] On April 20, 2026, the court received a filing from plaintiff characterized by him as a Case Management Statement. (Doc. No. 10.) Therein, plaintiff refers to the inmate grievances he pursued and declares "that everything in the complaint is true." (*Id.* at 1.) This filing was submitted many months after objections to the pending findings and recommendation were due and, in any event, do not address those findings and recommendation in any way.